AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___Massachusetts___

CHRISTINE RUARK,
        Plaintiff

V.

LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON AND MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY,

        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 - 30013 - MAP

TO: (Name and address of defendant)

    Massachusetts Mutual Life Insurance Company
    1295 State Street
    Springfield, MA  01109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Dambrov, Esq.
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA  01106

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/22/04

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| Ser | | |
|---|---|---|
| NAME | | |

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

January 26, 2004

I hereby certify and return that on 1/23/2004 at 11:24 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MIKE TRIGGS, LEGAL DEPT. SUPERVISOR, person in charge at the time of service for MASS. MUTUAL LIFE INS. CO., , 1295 STATE Street, SPRINGFIELD, MA 01109. Basic Service Fee ($30.00), Attestation X 1 ($5.00), Conveyance ($2.10), Travel ($4.48), Mailing 1 ($1.00) Total Charges $42.58

Deputy Sheriff DANIEL D. LARROW

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____ Massachusetts _____

CHRISTINE RUARK,
      Plaintiff
      V.
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON AND MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY,
      Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 30013 - MAP**

TO: (Name and address of defendant)

    Liberty Life Assurance Company of Boston
    175 Dwight Road
    Longmeadow, MA 01106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Dambrov, Esq.
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/22/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772**

*Hampden, ss.*

January 26, 2004

I hereby certify and return that on 1/23/2004 at 11:32 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to EDITH ECKERT, person in charge at the time of service for LIBERTY LIFE ASSURANCE CO. OF BOSTON, 175 DWIGHT Road, LONGMEADOW, MA 01106 Basic Service Fee ($30.00), Attestation X 1 ($5.00), Conveyance ($3.00), Travel ($6.40), Mailing 1 ($1.00) Total Charges $45.40

Deputy Sheriff MICHAEL POWERS

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.