UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

'04 FEB -9 A 9:50

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTINE RUARK,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY,

    Defendants.

Civil Action No.: 04-30013-MAP

## UNOPPOSED MOTION OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), respectfully requests that it be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including March 9, 2004. As grounds for this motion, Liberty Life states that additional time is needed to review the documents in this case and investigate Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint.

Plaintiff, through her counsel, has indicated that she does not oppose this motion.

WHEREFORE, Liberty Life respectfully requests that it be granted an extension of time, up to and including March 9, 2004, to answer or otherwise respond to the Complaint.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

By their attorneys,

*Richard W. Paterniti*

Andrew C. Pickett (BBO#549872)
Richard W. Paterniti (BBO#645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: February 6, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 6th day of February, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Robert L. Dambrove, Esq., Cooley, Shair, P.C., 1380 Main Street, Springfield, MA 01103.

*Richard W. Paterniti*

Jackson Lewis LLP

-2-