UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30013-MAP

| | |
|---|---|
| CHRISTINE RUARK,<br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF<br>BOSTON, and, MASSACHUSETTS MUTUAL<br>LIFE INSURANCE COMPANY<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

NOW COMES David Crevier, Esq. and through this Notice of Appearance and pursuant to Rule 83.5.2 of this Court, hereby enters his appearance as Counsel on behalf of Defendant Liberty Life Assurance Company of Boston ("Liberty") and Massachusetts Mutual Life Insurance Company ("MassMutual").

Respectfully Submitted, the Defendant
Massachusetts Mutual Life Insurance
Company, and Liberty Life Assurance
Company of Boston, By:

CREVIER & RYAN, LLP.

Theodore F. Glockner, BBO No. 629469
David B. Crevier, BBO No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel. No.     (413) 787-2400
Facsimile    (413) 781-8235

1

## CERTIFICATE OF SERVICE

  I hereby certify that I served a true copy of the foregoing on Plaintiff's Counsel via first class mail postage pre-paid this 9th day of February, 2004.

*[signature]*