UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30013-MAP

| | |
|---|---|
| CHRISTINE RUARK, <br>     Plaintiff, <br> <br> vs. <br> <br> LIBERTY LIFE ASSURANCE COMPANY OF <br> BOSTON, and, MASSACHUSETTS MUTUAL <br> LIFE INSURANCE COMPANY <br>     Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF THEODORE F. GLOCKNER, ESQ. IN SUPPORT OF DEFENDANTS' ASSENTED TO MOTION TO EXTEND PERIOD OF TIME WITHIN WHICH THEY MAY FILE THEIR ANSWER OR OTHER RESPONSIVE PLEADINGS**

NOW COMES Theodore F. Glockner, Esq. and under oath does hereby state and depose:

1. I am an Associate with the firm Crevier and Ryan, LLP. and am Co Counsel to the Defendants in the above entitled matter.

2. On or about January 28, 2004 Crevier and Ryan, LLP. was retained with respect to the defense of this action.

3. As of today's date, February 9, 2004, despite my best efforts, I am still in the process of gathering the documents necessary in order to properly respond to the numerous factual allegations stated in Plaintiff's Complaint.

4. On February 9, 2004, I had a telephone conference with Plaintiff's Counsel, Robert Dambrov. During that telephone conference Attorney Dambrov stated his assent to the twenty day extension of the period of time within which the

1

2

Defendants may file their answer or responsive pleadings sought in the instant motion.

Signed under the pains or penalties of perjury, this 9th day of February, 2004.

_____
Theodore F. Glockner