UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30013-MAP

| | |
|---|---|
| CHRISTINE RUARK,<br>  Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| LIBERTY LIFE ASSURANCE COMPANY OF<br>BOSTON, and, MASSACHUSETTS MUTUAL<br>LIFE INSURANCE COMPANY<br>  Defendant, | )<br>)<br>)<br>) |

**DAVID B. CREVIER, ESQ.'S AND THEODORE F. GLOCKNER, ESQ.'S
NOTICE OF WITHDRAWAL OF APPEARANCE AS TO DEFENDANT
<u>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON</u>**

Now comes David B. Crevier, Esq. and Theodore F. Glockner, Esq. and having previously appeared on behalf of both Defendants, hereby withdraw their appearances solely as to Defendant Liberty Life Assurance Company of Boston ("Liberty). In compliance with Local Rule 83.5.2, Counsel notes that prior their withdrawal, Andrew C. Pickett, Esq. and Richard Paterniti, Esq. of Jackson Lewis, LLP. appeared on behalf of Liberty. Furthermore, no motions are pending, no trial date has been set, no hearings or conferences are scheduled, and no reports are due.

Respectfully Submitted, the Defendant
Massachusetts Mutual Life Insurance
Company, and Liberty Life Assurance
Company of Boston, By:

CREVIER & RYAN, LLP.

*/s/ Theodore F. Glockner*
Theodore F. Glockner, BBO No. 629469
David B. Crevier, BBO No. 557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel. No.      (413) 787-2400
Facsimile    (413) 781-8235

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing on all counsel of record via first class mail postage pre-paid this 12th day of February, 2004.

*/s/ Theodore F. Glockner*
Theodore F. Glockner