UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTINE RUARK,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY,

Defendants.

Civil Action No.: 04-30013-MAP

### DAVID B. CREVIER, ESQ.'S AND THEODORE F. GLOCKNER, ESQ.'S NOTICE OF WITHDRAWAL OF APPEARNCE AS TO DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

Now comes David B. Crevier, Esq. and Theodore F. Glockner, Esq. and, having previously appeared on behalf of Defendant Massachusetts Mutual Life Insurance Company ("Mass Mutual"), hereby withdraw their appearance as to Defendant Mass Mutual. In compliance with Local Rule 83.5.2, Counsel notes that contemporaneously with this withdrawal, Andrew C. Pickett, Esq. and Richard Paterniti, Esq. of Jackson Lewis LLP, are filing their Notice of Appearance on behalf of Mass Mutual. Furthermore, no motions are pending, no trial date has been set, no hearings or conferences are scheduled, and no reports are due.

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

By its attorneys,

*David B Crevier (twf)*
Theodore F. Glockner (BBO # 629469)
David B. Crevier (BBO # 557242)
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400

Dated: March 3, 2004

### CERTIFICATE OF SERVICE

A copy of the above document was served this 3rd day of March, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Robert L. Dambrove, Esq., Cooley, Shair, P.C., 1380 Main Street, Springfield, MA 01103 and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

*David B Crevier (twf)*