UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CHRISTINE RUARK,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.: 04-30013-MAP |

### NOTICE OF APPEARANCE OF ANDREW C. PICKETT AND RICHARD W. PATERNITI AND JACKSON LEWIS LLP ON BEHALF OF DEFENDANT MASSACHUSETST MUTUAL LIFE INSURANCE COMPANY

Please enter the appearance of Andrew C. Pickett and Richard W. Paterniti and Jackson Lewis LLP as counsel for Defendant Massachusetts Mutual Life Insurance Company in the above matter.

    Respectfully submitted,

    MASSACHUSETTS MUTUAL LIFE
    INSURANCE COMPANY,

    By its attorneys,

    */s/ Richard W. Paterniti*
    Andrew C. Pickett (BBO#549872)
    Richard W. Paterniti (BBO#645170)
    JACKSON LEWIS LLP
    75 Park Plaza
    Boston, Massachusetts 02116
Dated: March 3, 2004    (617) 367-0025

## CERTIFICATE OF SERVICE

A copy of the above document was served this 3rd day of March, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Robert L. Dambrove, Esq., Cooley, Shair, P.C., 1380 Main Street, Springfield, MA 01103; David B. Crevier, Crevier & Ryan, LLP, 1500 Main Street, Springfield, MA 01115; and Theodore F. Glockner, Crevier & Ryan, LLP, 1500 Main Street, Springfield, MA 01115.

*/s/ Richard W. Paterniti*
Jackson Lewis LLP