UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTINE RUARK,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY,

    Defendants.

Civil Action No.: 04-30013-MAP

### ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, Massachusetts Mutual Life Insurance Company ("Mass Mutual") and respectfully requests, with the assent of the Plaintiff, that it be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Wednesday, March 17, 2004. As grounds for this motion, Mass Mutual states that it is represented by new counsel and needs additional time for this counsel to review the documents in this case and investigate the Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), in order to adequately answer or otherwise respond to the Complaint.

On behalf of Mass Mutual, the undersigned counsel has conferred with Robert Dambrove, counsel for Plaintiff, who has given his assent on behalf of Plaintiff.

WHEREFORE, Mass Mutual respectfully requests that it be granted an extension of time, up to and including March 17, 2004, to answer or otherwise respond to the Complaint.

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

By its attorneys,

*/s/ Richard W. Paterniti*

Andrew C. Pickett (BBO#549872)
Richard W. Paterniti (BBO#645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: March 3, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 3rd day of March, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Robert L. Dambrove, Esq., Cooley, Shair, P.C., 1380 Main Street, Springfield, MA 01103; David B. Crevier, Crevier & Ryan, LLP, 1500 Main Street, Springfield, MA 01115; and Theodore F. Glockner, Crevier & Ryan, LLP, 1500 Main Street, Springfield, MA 01115.

*/s/ Richard W. Paterniti*

Jackson Lewis LLP