#23707.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30013-MAP

| | |
|---|---|
| Christine Ruark, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Liberty Life Assurance Company of Boston )<br>and Massachusetts Mutual Life )<br>Insurance Company, )<br>)<br>Defendants ) | PLAINTIFF'S MOTION TO<br>POSTPONE SCHEDULING CONFERENCE |

Now comes the plaintiff in the above entitled matter and moves that the Scheduling Conference now scheduled for 11:00 A.M. on Thursday, April 22, 2004, before Judge Neiman be postponed for the reasons that counsel for the plaintiff has recently been notified that he has a scheduled hearing at the National Labor Relations Board regarding Five Star Transportation, Inc., and Transportation Division, UFCW Local 1459, AFL-CIO, Case 1-CA-41158 to continue for consecutive days which could run as long as from Tuesday, April 20, 2004, through and including Tuesday, April 27, 2004.

Wherefore the plaintiff moves that the Scheduling Conference now scheduled for 11:00 A.M. on Thursday, April 22, 2004, before Judge Neiman be postponed.

THE PLAINTIFF, CHRISTINE RUARK

By: /s/ Robert L. Dambrov
ROBERT L. DAMBROV, ESQ.
BBO #113160
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103
Telephone (413) 781-0750
Facsimile (413) 733-3042

Dated: March 29, 2004

### CERTIFICATE OF SERVICE

I, Robert L. Dambrov, Esquire, of Cooley, Shrair P.C., attorney for the plaintiff, Christine Ruark, in the above entitled matter, hereby certify that on the 29th day of March, 2004, I served the within Plaintiff's Motion To Postpone Scheduling Conference, by mailing by first class mail, postage prepaid, a copy to:

Richard W. Paterniti, Esquire, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116

/s/ Robert L. Dambrov
ROBERT L. DAMBROV, ESQ.