UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTINE RUARK,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY,

    Defendants.

Civil Action No.: 04-30013-MAP

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a.    with a view to establishing a budget for the cost of this litigation; and

    b.    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_/s/ Lee Rabkin_
Lee Rabkin
Liberty Life Assurance Company

_/s/ Richard W. Paterniti_
Andrew C. Pickett, BBO# 549872
Richard Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4/28/04