UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE RUARK,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No.: 04-30013-MAP |

## JOINT MOTION TO EXTEND ALL PRE-TRIAL DEADLINES SCHEDULED TO DATE BY ONE MONTH

The parties in this matter jointly request that the Court extend by one month all pretrial deadlines that the Court has scheduled to date, including but not limited to the deadline for Liberty Life Assurance Company of Boston and Massachusetts Mutual Life Insurance Company to provide a copy of the proposed record for judicial review, the deadline for Plaintiff to notify Defendants whether or not she believes the record is incomplete or inaccurate, the deadline for the parties to confer if the Plaintiff alleges that the record is incomplete or inaccurate, the deadline for filing of a partial record for judicial review if the parties cannot agree on the record, the deadline for motions concerning any additional material the parties seek to have added to the record if they cannot agree on the applicable record and the deadline for oppositions to such motions, the deadline for the parties to confer regarding the applicable scope of judicial review, the deadline for the parties to submit memorandum if they do not agree on the scope of judicial review, the deadline to file motions for discovery if a party proposes that discovery is necessary, and the conference on September 28, 2004 to discuss these matters.

In support of this motion, the parties state the following:

1. This case involves a denial of long-term disability benefits for Plaintiff under a group disability policy held by Plaintiff's employer. This claim is brought under the Employee Retirement Income Security Act ("ERISA").

2. The Court issued its Order on May 5, 2004, providing a schedule for pretrial deadlines up to but not including motions for summary judgment and setting a conference for these pretrial matters.

3. The parties now request an extension of time on all pretrial deadlines because they are engaged in discussions to attempt to resolve this matter, which would obviate the need for further court proceedings.

4. The parties, therefore, request the following pre-trial deadlines:

| | |
|---|---|
| Deadline for Defendants to provide a copy of the proposed record for judicial review to Plaintiff | July 15, 2004 |
| Deadline for Plaintiff to notify Defendants whether she believes record is incomplete or inaccurate | July 29, 2004 |
| Deadline for parties to confer to attempt to ascertain an agreed record, if necessary | August 13, 2004 |
| Deadline for parties to file Partial Record for Judicial Review containing particular record upon which they agree | August 23, 2004 |
| Deadline to file motions concerning any additional material the parties seek to have added to the record for judicial review | August 30, 2004 |
| Deadline for opposition to motions concerning any additional material the parties seek to have added to the record | September 27, 2004 |
| Deadline for parties to confer regarding applicable scope of judicial review | August 13, 2004 |
| Deadline to file memorandum if parties disagree about scope of Court's review | August 30, 2004 |
| Deadline to file motion for further discovery | August 30, 2004 |

Conference to consider above matters                                              October 28, 2004

     5.    This motion is filed as a joint motion and, therefore, both parties assent to the allowance of this motion.

WHEREFORE, the parties respectfully request that this Court grant an extension of one month on all pretrial deadlines because they are engaged in discussions to attempt to resolve this matter.

                                             Respectfully submitted,

                                             LIBERTY LIFE ASSURANCE COMPANY
                                             OF BOSTON AND MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
                                             By their attorneys,

                                             _____
                                             Andrew C. Pickett, BBO# 549872
                                             Richard W. Paterniti, BBO #645170
                                             JACKSON LEWIS LLP
                                             75 Park Plaza
                                             Boston, MA 02116
                                             (617) 367-0025

Dated: June ___, 2004

                                     CHRISTINE RUARK
                                     By her attorney,

                                     _____
                                     Robert L. Dambrov
                                     COOLEY, SHAIR P.C.
                                     1380 Main Street
                                     Springfield, MA  01103-1616
Dated:  June ___, 2004          (413) 735-8004

## CERTIFICATE OF SERVICE

     A copy of the above document was served this _____ day of June, 2004, by first class mail, postage prepaid, on attorney for the Plaintiff, Robert L. Dambrov, Esq., Cooley, Shair, P.C., 1380 Main Street, Springfield, MA 01103.


_____
Jackson Lewis LLP

H:\PaternitiR\Liberty Life Assurance\Ruark [72806]\Pleadings\Joint Motion to Extend Pretrial Deadlines.doc