## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHRISTINE RUARK,

      Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY,

      Defendants.

Civil Action No.: 04-30013-MAP

## JOINT MOTION TO FURTHER EXTEND ALL PRE-TRIAL DEADLINES SCHEDULED TO DATE BY THREE WEEKS

The parties in this matter jointly request that the Court further extend by three weeks all pretrial deadlines that the Court has scheduled to date, including but not limited to the deadline for Liberty Life Assurance Company of Boston and Massachusetts Mutual Life Insurance Company to provide a copy of the proposed record for judicial review, the deadline for Plaintiff to notify Defendants whether or not she believes the record is incomplete or inaccurate, the deadline for the parties to confer if the Plaintiff alleges that the record is incomplete or inaccurate, the deadline for filing of a partial record for judicial review if the parties cannot agree on the record, the deadline for motions concerning any additional material the parties seek to have added to the record if they cannot agree on the applicable record and the deadline for oppositions to such motions, the deadline for the parties to confer regarding the applicable scope of judicial review, the deadline for the parties to submit memorandum if they do not agree on the scope of judicial review, the deadline to file motions for discovery if a party proposes that discovery is necessary, and the conference on October 28, 2004 to discuss these matters.

In support of this motion, the parties state the following:

1. This case involves a denial of long-term disability benefits for Plaintiff under a group disability policy held by Plaintiff's employer. This claim is brought under the Employee Retirement Income Security Act ("ERISA").

2. The Court issued its Order on May 5, 2004, providing a schedule for pretrial deadlines up to but not including motions for summary judgment and setting a conference for these pretrial matters. The Court then issued its Revised Order on June 16, 2004.

3. The parties now request a further extension of time on all pretrial deadlines because they continue to be engaged, in earnest, in discussions to attempt to resolve this matter, which would obviate the need for further court proceedings.

4. The parties, therefore, request the following pre-trial deadlines:

| | |
|---|---|
| Deadline for Defendants to provide a copy of the proposed record for judicial review to Plaintiff | August 5, 2004 |
| Deadline for Plaintiff to notify Defendants whether she believes record is incomplete or inaccurate | August 19, 2004 |
| Deadline for parties to confer to attempt to ascertain an agreed record, if necessary | September 3, 2004 |
| Deadline for parties to file Partial Record for Judicial Review containing particular record upon which they agree | September 13, 2004 |
| Deadline to file motions concerning any additional material the parties seek to have added to the record for judicial review | September 20, 2004 |
| Deadline for opposition to motions concerning any additional material the parties seek to have added to the record | October 18, 2004 |
| Deadline for parties to confer regarding applicable scope of judicial review | September 3, 2004 |
| Deadline to file memorandum if parties disagree about scope of Court's review | September 20, 2004 |
| Deadline to file motion for further discovery | September 20, 2004 |

Conference to consider above matters                    November 18, 2004

5.    This motion is filed as a joint motion and, therefore, both parties assent to the

allowance of this motion.

WHEREFORE, the parties respectfully request that this Court grant an extension of one

month on all pretrial deadlines because they are engaged in discussions to attempt to resolve this

matter.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON AND MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY
By their attorneys,

 /s/ (Richard Paterniti)
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO #645170
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: July 14, 2004

CHRISTINE RUARK
By her attorney,
 /s/ (Robert Dambrov by RWP)
Robert L. Dambrov
COOLEY, SHAIR P.C.
1380 Main Street
Springfield, MA 01103-1616
(413) 735-8004

Dated: July 14, 2004

## CERTIFICATE OF SERVICE

A copy of the above document was served this 14th day of July, 2004, by first class mail,
postage prepaid, on attorney for the Plaintiff, Robert L. Dambrov, Esq., Cooley, Shair, P.C., 1380
Main Street, Springfield, MA 01103.

 /s/ Richard W. Paterniti
Jackson Lewis LLP