## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHRISTINE RUARK,
        Plaintiff

V.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ET AL
        Defendant

CIVIL ACTION

NO.  04-30013-MAP

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D. J.

    The Court having been advised on  August 24, 2004  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                      By the Court,

August 24, 2004                              /s/ Mary Finn
      Date                                              Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                                              [stlmtodism.]