EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE RUARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil Action No.: 04-30013-MAP |



### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Christine Ruark, and Defendants, Liberty Life Assurance Company of Boston and Massachusetts Mutual Life Insurance Company, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice.

Respectfully submitted,

CHRISTINE RUARK

By her attorney:

_____
Robert L. Dambrov, BBO# 113160
COOLEY, SHAIR P.C.
1380 Main Street
Springfield, MA  01103-1616
(413) 735-8004

Dated: ~~August~~ Sept. 20, 2004

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON AND
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

By its attorneys:

_____
Andrew C. Pickett, BBO # 549872
Richard W. Paterniti, BBO # 645170
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: ~~August~~ October 6, 2004

{Document=X:\DOCS\23707\1\relesett\00067651.DOC;1}   - 9 -